**EXHIBIT 1: LETTERS ON BEHALF OF MATTHEW BUCKLER**

**MARLENE KERSTNER**

May 23, 2022

Dear Judge McFadden,

I met Matthew Buckler when he as in Pre-K with my son, Jacob. I have watched him grow up as a friend to my son and as a fellow church member of New Life Church. I know that he was involved in the January 6 events at the U.S. Capitol. I have spoken with Matthew about these events and it is clear to me that he fully regrets his actions and has taken full responsibility.

As a fellow church member I have seen Matthew volunteer at the local church food pantry on several occasions. He has a giving, loving spirit to those in need along with a compassion to help others. He has been a good friend to my son who is currently serving as a US Marine and he fully supports his service. I feel that Matthew has a promising future because of his hard work in school and his love for his community. He has shown me over and over his fine character and I know he will continue to be an asset to the community he serves. I am aware that Matthew has a soccer scholarship and know that he has a passion for sports. He has worked hard to get where he is on the soccer field and I believe this hard working attitude will continue even after college. I feel he will be successful as he steps out of college and be a productive member of our community.

Sincerely,

Marlene Krestner

May 25, 2022

Honorable McFadden,

I am writing this letter on behalf of Matthew Buckler whom I have known since he was nine years old. I had the privilege to be Matt's soccer coach and mentor these past years.

In all the time that I have known Matt, he has been proved to be a young man with strong integrity in our community. He is well known and admired by his peers, teachers, and coaches as a person with a fine character, a responsible and dedicated son, and a reliable member of the community.  He has always been a respected leader and teammate to his peers.

Matt's offense was extremely unexpected and showed a major lack of judgment in the poor decision he made.  Since that time Matt has shown considerable remorse for decisions that have brought him in front of you. I am confident that Matt has learned a valuable lesson on how his actions have affected so many people.

Your Honor, please consider these thoughts as you deliberate over the appropriate punishment for this young man and his future.

Yours Sincerely,

Guy Milano

Dear Judge McFadden:

My name is Jacob Kerstner, I'm currently a Lance Corporal in the United States Marine Corps. I've known Matthew since Pre-K going on almost two decades, he's been a friend of mine since before I knew how to spell my last name. Matt has always been like a brother to me and still is, we regularly check up on each other and I make it a point to visit him when I get time to come home. We've known each other for quite some time which in turn also means we grew up liking a lot of the same videogames, sports and other pastimes. When we were younger we would go out on his front lawn and play soccer where I was the goalie and he was the striker, or we would have our uncle throw the football to us both and see who could catch it. For as long as I can remember it's always been me and Matt playing in the yard, having nerf battles in the living room, going out into the woods behind the house and making forts that we would camp out in for a couple hours, anything and everything. He's always been a great friend to me, my best friend. For a long time I was really unathletic, I was more of the chess team and lego robotics kind of kid, but Matt was the athlete. He was always on his school's soccer or basketball team, working out and becoming a stellar athlete. But more often than not me and Matt found each other on the same team or playing the same sports in season, he always made it a point to help me or teach me some things about the game to help me out. He's always been honest with me about the things I asked him. For example I used to ask him how I played in the basketball game or how was my defense in the soccer game? He would be honest and tell me I needed improvement, but with constructive criticism he always showed me how I could improve and further myself in the game. We eventually took separate sports routes where he stayed committed to soccer and I became a football player. At this point Matt would see me play football and I would see him play soccer and we would commend each other for a job well done and express each others' prowess in our respective areas. Matt would go on to achieve his dream of playing collegiate soccer and helping his mom out with college tuition. I'm very proud of Matt because I know how many years he spent grinding and working to perfect his craft in the game to hopefully land him a shot on a college team. He has done so much behind closed doors to get him to be successful in his sport and in school. Many nights I know he would stay up late with theology or Spanish homework just to have to wake up the next morning before dawn to make it to a travel soccer game. He did all this work in hopes to make his mom proud and contribute to the family business later after finishing his Business degree. I know that Matt is a terrific athlete and is striving to one day become a very successful man and bring pride to the Buckler name. He's been a great brother and a great role model to me and his cousins who look up to him. It's not news to anyone here today reading this statement or listening to it being read that people make mistakes, everyone makes mistakes. Everyone here can take a moment to think of a past experience in which they thought "maybe i shouldn't have done that" . On that same thought everyone can also think of how they grew from that experience or how they learned not to do something like that again. I ju⸢ want everyone to remember that mistakes are a part of life and that they are a stepping stone into becoming who we are and who were meant to be. Matt is a good man who just made a poor c⸢ know Matt is remorseful of his actions and knows how it can throw him off the course for ⸢ he's been working so hard for. He is my brother and I want to see him move past this an⸢ successful. I know that he will remember this time in his life and use it as a reflection upon and stray away from actions or situations like this in the future. Thank you f⸢ consideration, I hope this shed's light on who Matt truly is and how the people

Lcpl Kerstner
 USMC
05/24/22

**CHUCK POTTHAST**
████████████
**TAMPA, FLORDIA** ████

May 23, 2022

Dear Judge McFadden,

My name is Chuck Potthast, I am Matthew Buckler's uncle. I am writing this letter as a character reference of Matthew's outstanding character. As a family member I am fully aware of the events Matthew took place in on January 6. I fully believe Matthew has regrets of his actions on that day.

I have been hands on in Matthew's childhood and young adult hood, I have coached his basketball teams and watched him become a fine young man. He has demonstrated hard work in school and on the playing field, as he continues to do today. He has a soccer scholarship which comes with hard work, dedication, ability to follow instruction and playing together as a team. I have watched him mentor younger soccer players as a camp councelor and give back to the community by providing support to local homeless shelters through fund raising and donations. Currently he is attending Shenandoah University on a soccer scholarship, he has worked hard this past year to maintain good grades, 3.2 and higher. I feel that Matthew has a bright future and will stay on a course of good citizenship as he has learned a valuable lesson from his actions on January 6. I hope this letter will give you some insight to the fine character of Matthew.

Sincerely,

Chuck Potthast

Susan Buckler

LaPlata, Md.

Dear Judge McFadden,

I am writing to you on behalf of my son Matthew Buckler. I know a mothers view of her son is somewhat bias, however, I feel the need to describe him to you through my eyes. Matthew is a very compassionate, caring and thoughtful person. I have watch him grow up to a fine young man. Over the years I have seen his dedication to school and soccer. I have come home from work to find him practicing soccer in the driveway before going to hours of practice. He worked very hard to maintain good grades both in high school and now in college. Many nights he did his homework in the back seat of the car while traveling to practice so not to miss an assignment. He has shown leadership qualities, captain of his high school soccer team, and just yesterday the college coach told him he expects him to be a team leader of his college team. He knows he made an awful mistake by going into the Capitol. He has expressed to me time and time again the wish to re-do that day. I know with all my heart and soul that moving forward you can expect Matthew to become someone to be proud of.... as I can assure you he has learned a valuable lesson from this.

Thank you for taking the time to read this on behalf of Matthew, I am truly grateful.

Sincerely,

Sue Buckler

June 29, 2022

To: The Honorable Trevor N McFadden

United States District Court for the District of Columbia

From: Olga Roberts, La Plata, MD

Re: Matthew Buckler

# Character Letter

Dear Judge McFadden:

I am Olga Roberts, professionally, a Vice President at Truist (formerly BB&T) Bank, where I am a mortgage loan officer for 23 years; personally, I am a friend of Buckler family.

I have known Matthew since age 5, my son has been in same class with Matthew in Archbishop Neale school and St Mary's Ryken high school. They are best friends. I have watched Matthew grow up.

He is kind, thoughtful, friendly, passionate about soccer, calm, courteous, well-mannered, polite, considerate. He is very well rounded: athletic, good student, pursued piano playing and other interests.

All though out school years, he volunteered his time at Catholic and other charities to help people: food distribution, sheltering programs for homeless, to name a few.

He is an avid soccer player and has devoted a lot of time to sport, participating in multiple organizations: varsity teams, advanced clubs and leagues, travel programs.

Matthew is a joy to be around.

Sincerely,

*Olga Roberts*

Olga Roberts

Date: 28 June, 2022

From: Daniel Paul Seep, USN, Commander (Ret)
To: The Honorable Trevor N. McFadden, United States District Court of the District of Columbia, Address: Elizabeth Mullin, 625 Indiana Avenue, N.W. Suite 550 Washington, D.C. 20004.

Subj: CHARACTER STATEMENT ICO Matthew Buckler

Dear Judge McFadden

My name is Daniel Paul Seep and I am a retired United States Naval Officer. After spending 23 years proudly serving this great nation, I retired in 2012 and am currently stationed at working for the US Navy at the Naval Air Systems Command (NAS Patuxent River) as a civilian Program Manager. I am an Integrated Product Team (IPT) Leader for the High Altitude Radiation Missile (HARM) Weapon system. I have a team of engineering, contracting, quality and logistics professionals that support me in the sustainment efforts of this system. I work closely with the United States Air Force (USAF) and several foreign military's. Throughout my career I have served in military and civilian billets that were above Top Secret clearance. I have been deployed to Afghanistan and Iraq and have served on submarines and surface combatants that were deployed to all corners of the world.

My family and I have known Matthew and his family for the past 5 years. He has been my son, Luke Seep's, best friend since they started St Mary's Ryken (SMR) Catholic High School in summer of 2018. Because he commuted to SMR school from about 20 miles away, my family had the fortunate opportunity to have Matthew stay the night at our house many times during the school week. He would get up with my children and go to school. Due to these times, I got to know the character of Matthew like he was my own son. For that matter, he and Luke are like brothers. Matthew has always been extremely pleasant and respectful with my whole family, to include playing and interacting like a brother with Luke's four siblings (21, 16, 8 and 5). I have known him to be honest, generous, and extremely thoughtful for others. Specifically, I can vividly see him playing Star Wars Legos with my 5 year old son or playing soccer in the front yard with my 8 year old daughter. Or on another occasion talking like a big brother to my somewhat introverted 16 year old son. Lastly, I can recall him having theological discussions with my 21 year old daughter. When my family was doing chores he was willing to pitch in and help. I know he has also been thoughtful to several other soccer team mates when they were struggling with teen life. He has a calming, friendly temperament about him that always helped his buddies navigate through problems. So, as you can see, I can honestly say I fully know and trust Matthew like he was my own son.

Regarding his participation in the evens at the U.S. Capital on January 6, 2021, he has expressed remorse for being overzealous at entering the Capital on that day. On that

bright, historical day, myself and my three teen children (Luke included) and Matthew and his mom attended the Rally/March that started near the Washington Monument. During the rally and the march, we had a great time taking pictures and being part of something way bigger than ourselves. I equated that January 6th Rally/March to the many, many Pro-Life Rally/Marches that me and my family and Matthew had attended in years past. We truly had a great time seeing all of the supporters. When we got to the Capital, he and my son, Luke, got caught up in the excitement and climbed the wall and entered together. When they got to the entrance, the U.S. Capital Policeman that was at the entrance, allowed them in but just said, 'please don't cause trouble and destroy anything". At that point, they were excited to be part of the enthusiasm that was going on. They truly caught up in the frenzy and definitely had no other intentions but to be part of something cool and bigger than themselves. They were in for a short period when the two of them had the wherewithal to realize that this was bigger than they expected and without incident, left on their own accord. In retrospect, Matthew and Luke are both very patriotic, but have agreed that they have learned a very big lesson, Freedom of Assembly doesn't include unlawful entry. Both of them plan to stay involved in the advancement of freedom for all but stay within the law.

Finally, in my opinion, Matthew is a great kid with a very cool head and bright future ahead of him. He has always had the highest character of honesty. I have never known him to lie to me about anything. In the end, he admits that he made a mistake. I fully believe that he knows that he shouldn't have entered the Capital on that day.

Thank you for this opportunity to provide a Character Statement in care of Matthew Buckler and if needed, I look forward to being called as a character witness. My personal and work contact info is: Personal/work Cell ███████████ nd email daniel.p.seep.civ@us.navy.mil, derseep@hotmail.com.

Daniel Paul Seep, USN, Commander (Ret)