# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MATTHEW BUCKLER,

        Defendant.

Crim. Action No. 1:22-CR-162 (TNM)

## SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING

Undersigned counsel respectfully submits this supplement to Matthew Buckler's Memorandum in Aid of sentencing, ECF. No. 27. In the Memorandum, Mr. Buckler, through counsel, argued that a probationary sentence would avoid unwarranted sentencing disparities with other similarly situated defendants. *Id* at 6-7. It has since come to counsel's attention that another similar case was recently resolved in this district. In *United States v. Patricia Todisco*, 1:21CR205-DLF, the defendant entered the Capitol and remained for 28 minutes. During her time in the Capitol, she joined in chants of "Our House" and entered Senator Merkley's hideaway office. *See* 1:21CR205, ECF. No. 53, Gov. Sentencing Memo. The district judge rejected the government's request for a sentence of incarceration and sentenced defendant Todisco to 36 months' probation. Minute Entry, July 12, 2022. Like Mr. Buckler, defendant Todisco did not vandalize any property inside the office. Of course, Mr. Buckler is in many ways less culpable than defendant Tadisco, who was 34 years old on January 6, 2021, whereas Mr. Buckler had just recently turned 18 years old. This recently resolved case, in addition to the other cases cited in Mr.

Buckler's Memorandum demonstrate that a probationary sentence will avoid unwarranted sentencing disparities.

## Conclusion

For these reasons and all of those set forth in defendant's Memorandum in Aid of Sentencing, Mr. Buckler submits that a sentence of probation will achieve the goals of sentencing.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DFENDER

_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
Office of the Federal Public Defender
 for the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004